Jerome M. Brooks and Robert E. Kinnare, for appellants; Wyatt Jacobs, for appellee; Charles E. Heckler and Robert O. Rooney, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed February 20, 1950; released for publication March 7, 1950.

Metropolitan Life Insurance Company, Appellee, v. Joseph M. Cooney, Individually and Executor of Estate of Hjalmar Charles Holmgren, Appellee. Appeal of Elnore K. Ahlberg, Appellant.

Gen. No. 44,866.

Chadwick, Johnson & Leone, for appellant; Rudolph L. Johnson and Donald E. Bateman, of counsel; Chancellor & Chancellor, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 20, 1950; rehearing denied March 6, 1950; released for publication March 7, 1950.